UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAGGIORE,

          Plaintiff,

– against –

SIMSMETAL EAST LLC,

          Defendant.

**ORDER**

14 Civ. 2897 (ER)

Ramos, D.J.:

    The parties are hereby ORDERED to file a joint status report by October 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:  September 1, 2020
          New York, New York

                                            Edgardo Ramos, U.S.D.J.