UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAGGIORE,

                Plaintiff,

– *against* –

SIMSMETAL EAST LLC,

                Defendant.

**ORDER**

14 Civ. 2897 (ER)

Ramos, D.J.:

      Plaintiff filed the instant suit on April 23, 2014. Doc. 1. This suit is currently stayed pending the resolution of a related matter before the New Jersey Worker's Compensation Division. Doc. 37. On September 9, 2020, the Court directed the parties to file a joint status report with the Court by March 9, 2021. Doc. 41. However, the parties have failed to do so. Accordingly, the parties are hereby ORDERED to file a joint status report by September 13, 2021. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

      SO ORDERED.

Dated:  August 30, 2021
             New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.