UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAGGIORE,

                Plaintiff,

– against –

SIMSMETAL EAST LLC,

                Defendant.

**ORDER**

14-cv-2897 (ER)

Ramos, D.J.:

    Plaintiff filed the instant suit on April 23, 2014. Doc. 1. The suit was stayed pending the resolution of a related matter before the New Jersey Worker's Compensation Division. Doc. 37.

    The Court held a status conference on May 31, 2022. The parties were ordered to report back to the Court regarding the status of the case by the end of July 2022; however, the parties did not do so.

    The parties are directed to file a joint status report by Monday, April 10, 2023. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    March 31, 2023
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.