UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAGGIORE,

                Plaintiff,

– against –

SIMSMETAL EAST LLC,

                Defendant.

**ORDER**

14-cv-02897 (ER)

RAMOS, D.J.:

      On March 21, 2024, the parties submitted a status report advising the Court that they were awaiting a signed consent order from the New Jersey Worker's Compensation Division. Doc. 70. By November 7, 2024, the parties shall file a status report advising the Court whether they are still awaiting the signed consent order and how they wish to proceed.

It is SO ORDERED.

Dated:   October 31, 2024
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.