UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAGGIORE,

                Plaintiff,

– against –

SIMSMETAL EAST LLC,

                Defendant.

**ORDER**

14-cv-02897 (ER)

Ramos, D.J.:

      On March 21, 2024, the parties submitted a status report advising the Court that they were awaiting a signed consent order from the New Jersey Worker's Compensation Division. Doc. 70. On October 31, 2024, this Court directed the parties to file a status report by November 7, 2024. Doc. 71. No status report has been filed.

      By February 5, 20225, the parties shall file a status report.

It is SO ORDERED.

Dated:   January 29, 2025
             New York, New York

                                                                       EDGARDO RAMOS, U.S.D.J.