UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAGGIORE,

Plaintiff,

-v-

CIVIL ACTION NO. 14 Civ. 2897 (ER) (SLC)

**ORDER**

SIMSMETAL EAST LLC,

Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court observes that Defendant's summary judgment motion is now fully briefed.

(Dkt. Nos. 84–99).  By **Monday, December 8, 2025**, the parties are ORDERED to meet and confer

and file a joint letter informing the Court on whether they wish to participate in a settlement

conference before the undersigned.

Dated:      New York, New York
            December 1, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge